JULIUS WEPRINSKY, Appellant, v. GERTRUDE WEPRINSKY, Respondent.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

TONA FRANK, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PARDEE BROTHERS & COMPANY, INCORPORATED, Appellant, v. THE BANK OF UNITED STATES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN CANCIO, Respondent, v. PAUL J. MORANTI, INC. (Formerly MORANTI & RAYMOND, INC.), Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSE VILLANI and Another, Respondents, v. NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JENNIE SMITH, Respondent, v. JOHN STROHM, Appellant.— The evidence was insufficient to establish either culpability or knowledge. Judgment reversed, the complaint dismissed and the fine remitted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application to Discover Property Withheld from the Executors of the Estate of WILLIAM M. MOORE, Deceased. WARREN G. SCHALLER and Others, Executors, Appellants; ADELAIDE L. MOORE and Others, Respondents. — Decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

D. A. SCHULTE, INC., Respondent, v. BENJAMIN SCHWARTZ and Another, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HERZOG, Otherwise Known as CHARLES SHORE, and Another, Appellants, Impleaded with Another.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LIBBY GOLDBERG, an Infant, etc., and MARK GOLDBERG, Appellants, v. UPTOWN TRANSPORTATION CORPORATION, Defendant, Impleaded with SAMUEL EHRLICH, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that a *prima facie* case was established. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of OLGA HARTMAN, Appellant, v. SAMUEL KNOX YARBROUGH, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., dissents and votes for reversal and a new trial.